VIRGINIA K. BULLIS, an Infant, by HOWARD B. BULLIS, Her Guardian ad Litem, et al., Appellants, *v.* SCHUYLER HEIGHTS, INC., Respondent.

Argued February 28, 1951; decided April 5, 1951.

*John T. De Graff, William F. Conway* and *John J. Kelly, Jr.,* for appellants.

*Charles B. Sullivan* and *James J. Carroll* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.